```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                             :
OUSMANEE SAVANE,                                    :
                                                                             :
                                     Petitioner,  :                 1:25-cv-6666-GHW
                                                                             :
                                       -v -                              :                 ORDER
                                                                             :
LADEON FRANCIS, *in his official capacity as Acting* :
*Field Office Director of New York, Immigration and*   :
*Customs Enforcement, et al.*,                    :
                                                                             :
                                   Respondents.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On August 12, 2025, Ousmanee Savane filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Respondents' opposition is due no later than September 3, 2025.

Petitioner's reply, if any, is due two weeks after the date of service of Respondents' opposition.

      SO ORDERED.

Dated: August 14, 2025
New York, New York

                                                        GREGORY H. WOODS
                                                     United States District Judge