

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____8/26/2025___

# MEMORANDUM ENDORSED

August 26, 2025

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Savane v. Francis et al*, Case No.: 1:25-cv-06666-GHW

Dear Judge Woods:

RFK Human Rights and Make the Road New York represent Petitioner on a *pro bono* basis in this matter.

We are writing to respectfully request leave to file a reply that is up to 7,000 words.  Petitioner's counsel is submitting this request after reviewing Respondents' memorandum of law in opposition (ECF No. 11).  Petitioner's counsel sought the position of Respondents' counsel prior to submitting this request and was advised to note herein that the government takes no position.

Respectfully submitted,

*/s/ Sarah T. Gillman*                              */s/ Paige Austin*
Sarah T. Gillman                                    Paige Austin
ROBERT F. KENNEDY HUMAN RIGHTS          MAKE THE ROAD NEW YORK
88 Pine Street, 8th Floor, Suite 801                301 Grove Street
Tel.: (646) 289-5593                                Brooklyn, NY 11237
gillman@rfkhumanrighs.org                           Tel.: (718) 418-7690
                                                    paige.austin@maketheroadny.org

Application granted.  Petitioner's request for leave to file a reply that is up to 7,000 words in length, Dkt. No. 13, is granted.

SO ORDERED.
Dated:  August 26, 2025

_____
GREGORY H. WOODS
United States District Judge