**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OUSMANE SAVANE,

                Petitioner,                25 **CIVIL** 6666 (GHW)

    -against-                          **JUDGMENT**

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York, et al.,

                Respondents.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion Order dated September 28, 2025, Mr. Savane's petition for habeas corpus is GRANTED. Respondents are directed to immediately release Petitioner from custody within one business day of the order and are further directed to certify compliance with the Court's order by a filing on the docket no later than October 1, 2025. Judgment is entered for Petitioner; accordingly, the case is closed.

**DATED:** New York, New York
            September 30, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                      **BY:**       *K. Mango*

                                                           **Deputy Clerk**